# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**HELENA CHEMICAL COMPANY**                                    **PLAINTIFF**

**v.**                                    **No. 4:17-cv-211-DPM**

**EMMET P. TORIAN, JR., Individually**
**and as Trustee of the Emmet P. Torian, Jr.**
**Revocable Trust Declaration Dated**
**7/10/2000; and JOSEPH G. TORIAN**                           **DEFENDANTS**

## JUDGMENT

Payment of the Judgment in case No. 4:15-cv-324-DPM in full from the proceeds of the sale of the Torians' farm mooted this case. The complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

26 April 2018